*E-FILED - 10/20/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT KELLY WALTERS, | ) | No. C 04-0817 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| JOE MCGRATH, Warden, | ) | |
| Respondent. | ) | |

The court has denied the instant petition for a writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\HC.04\Walters817jud.wpd